FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00310-CR

Julio C. **RIVERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2932
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on August 25, 2022, and after we granted two motions for extension of time, the deadline was extended to October 11, 2022. However, to date, the brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing by **October 18, 2022**. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response by October 18, 2022, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court